

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-19-00440-CV

**IN RE** Chandler Jay **LEE**

Original Mandamus Proceeding[1]

### ORDER

Sitting:       Luz Elena D. Chapa, Justice
                 Beth Watkins, Justice
                 Liza A. Rodriguez, Justice

On June 28, 2019, relator filed a petition for writ of mandamus and a motion for emergency relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than July 17, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED. The trial court's June 28, 2019 "Temporary Orders in Suit to Modify Parent-Child Relationship" is STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on July 1, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-03759, styled *In the Interest of M.M.L., J.A.L., and E.J.L., Children*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldana presiding.